**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KUPISCH, BARBARA ANN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-61242 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   DUPAGE COUNTY COURTHOUSE
         505 N COUNTY FARM RD, 2000
         WHEATON, IL 60187

   On:   **SEPTEMBER 07, 2007**

   At:   **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $        9,213.52

   b. Disbursements                           $            8.02

   c. Net Cash Available for Distribution     $        9,205.50

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $1,671.35 | |

| | | |
|---|---|---|
| (Trustee Fees) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $115.00 |
| (Trustee Expenses) | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $870.00 |
| (Trustee's Accountant Fees) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $4,822.50 |
| (Trustee's Firm Legal Fees) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $64.62 |
| (Trustee's Firm Legal Expenses) | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $1,813.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 91.63%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $ 1,413.94 | $ 1,295.61 |
| 002 | TARGET NATIONAL BANK FKA RETAILERS NAT'L BANK | $ 399.88 | $ 366.42 |
| 003 | ALEXIAN BROTHERS MEDICAL CENTER | $ 344.65 | $ 0.00 |
| 004 | AT&T CONSUMER LEASE SERVICES | $ 22.99 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: household goods, wearing apparel and 2002 Chrysler


Dated: **AUGUST 2, 2007**              For the Court,


                                             By: **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>KUPISCH, BARBARA ANN | CHAPTER 7 CASE<br><br>CASE NO. 05B-61242 JS<br><br>JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,671.35 |
| 2. | Trustee's expenses | $ | 115.00 |
| | TOTAL | $ | 1,786.35 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,822.50 |
| | b. Expenses | $ | 64.62 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 870.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses        $      0.00

3.      Other Professionals

      TOTAL        $      5,757.12

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

      ENTERED _____
              JOHN SQUIRES
              UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

```
                                       Case 05-61242    Doc 35    Filed 08/02/07    Entered 08/04/07 23:39:08    Desc Imaged
 BAE SYSTEMS                                              Certificate of Service    Page 6 of 7
 Bankruptcy Noticing Center             CERTIFICATE  OF  SERVICE
 2525 Network Place, 3rd Floor
 Herndon, Virginia 20171-3514


District/off: 0752-1            User: amcc7                 Page 1 of 2                 Date Rcvd: Aug 02, 2007
Case: 05-61242                  Form ID: pdf002             Total Served: 58


The following entities were served by first class mail on Aug 04, 2007.
db            Barbara Ann Kupisch,   1042 David Dr,   Bensenville, IL 60106-3498
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Douglas M. Heagler,   Riezman Berger, P.C.,   7700 Bonhomme Ave.,   7th Floor,
               St. Louis, MO 63105-1924
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Paul H. Millewich,   Steven H. Mevorah & Associates,   134 North Bloomingdale Road,
               Bloomingdale, IL 60108-1017
aty          +Richard F Doerr,   Steven H Mevorah & Associates,   134 North Bloomingdale Road,
               Bloomingdale, IL 60108-1017
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
cr           +DaimlerChrysler Services North America, L.L.,   c/o Riezman Berger, P.C.,
               7700 Bonhomme Ave, 7th Fl.,   St. Louis, MO 63105-1924
10374315      ALEXIAN BROTHERS BEHAVIORAL HEALTH HOSPI,   ALBERT SPEISMAN & ASSOCIATES, P.C.,   PO BOX 637,
               HIGHLAND PARK, IL 60035-0637
10374319      AT&T LONG DISTANCE,   CONSUMER LEASE SERVICES,   PO BOX 78973,   PHOENIX, AZ 85062-8973
10374316      Alexian Brothers Medical Center,   ICS Collection Service,   P.O. Box,   Oak Lawn, IL 60454-0646
10374317     +Alexian Brothers Medical Center,   Alexian Brothers Health System,   3040 Salt Creek - Attn- PFS,
               Arlington Hts, IL 60005-1069
10374318      Alexian Brothers Medical Center,   ICS Collection Service,   P.O. Box 646,
               Oak Lawn, IL 60454-0646
11139252     +At&t Consumer Lease Services,   PO Box 26043,   Miami, FL 33102-6043
10374320     +BANK FIRST, ATLANTIC CREDIT AND FINANCE,   PENTAGROUP FINANCIAL LLC,   5959 CORPORATE DR STE 1400,
               HOUSTON, TX 77036-2311
10374321      BANK ONE,   ARROW FINANCIAL SERVICES,   5996 W TOUHY AVE,   NILES, IL 60714-4610
10374322      BASTIAN VOICE INSTITUTE,   PO BOX 2487,   INDIANAPOLIS, IN 46206-2487
10374323      CACV OF COLORADO, LLC,   NATIONAL ASSET RECOVERY,   2880 DRESDEN DR STE 200,
               ATLANTA, GA 30341-3920
10374324      CAPITAL ONE SERVICES,   ARROW FINANCIAL SERVICES,   5996 W TOUHY AVE,   NILES, IL 60714-4610
10374325     +CARD MANAGEMENT SERVICES, EDDIE BAUER,   LAW OFFICE OF MITCHELL N. KAY, P.C.,   7 PENN PLZ,
               NEW YORK, NY 10001-3995
10374326      CARY J. BORTNICK, M.D., LTD,   303 E ARMY TRAIL RD,   BLOOMINGDALE, IL 60108-2169
10374328      CINGULAR WIRELESS,   FINANCIAL ASSET MANAGEMENT SYST INC.,   PO BOX 926050,
               NORCROSS, GA 30010-6050
10374329      CITIBANK (SOUTH DAKOTA), N.A.,   ASSOCIATED RECOVERY SYSTEMS,   201 W GRAND AVE,
               ESCONDIDO, CA 92025-2603
10374330      CITIBANK - CLASSIC VISA,   NEW,   29125 SOLON RD,   SOLON, OH 44139-3442
10374331      CITIFINANCIAL,   PORTFOLIO RECOVERY ASSOCIATES, LLC,   PO BOX 12914,   NORFOLK, VA 23541-0914
10374332      DISH NETWORK,   THE CBE GROUP INC.,   DEPT. 0063,   PALATINE, IL 60055-0001
10374327     +DaimlerChrysler Services North America, LLC,   c/o Riezman Berger PC,
               7700 Bonhomme Ave 7th Floor,   St Louis, MO 63105-1924
10374333      ELMHURST ANESTHESIOLOGIST,   PO BOX 87916,   CAROL STREAM, IL 60188-7916
10374334      ELMHURST ANESTHESIOLOGIST, P.C.,   NIKO CREDIT SERVICES, L.P.,   3435 N CICERO AVE,
               CHICAGO, IL 60641-3782
10374335      ELMHURST MEMORIAL HEALTHCARE, COMPUTER,   PELLETTIERI & ASSOCIATES, LTD.,   991 OAK CREEK DRIVE,
               LISCOMB, IA 50148
10374336      ELMHURST MEMORIAL HOSPITAL,   PELLETTIERI & ASSOCIATES, LTD.,   991 OAK CREEK DR,
               LOMBARD, IL 60148-6408
10374337      ELMHURST ORTHOPAEDICS, S.C.,   300 W BUTTERFIELD RD,   ELMHURST, IL 60126-5017
10374338     +GE MONEY BANK,   BLATT, HASENMILLER, LEIBSKER & MOORE LLC,   125 S WACKER DR STE 400,
               CHICAGO, IL 60606-4440
10374339      HORIZONS BEHAVIORAL HEALTH,   FINANCIAL CONTROL SOLUTIONS,   PO BOX 668,
               GERMANTOWN, WI 53022-0668
10374340     +HOUSEHOLD FINANCE CORPORATION,   WEXLER & WEXLER LLC,   500 W MADISON ST STE 2910,
               CHICAGO, IL 60661-2587
10374341      JAGUAR CREDIT,   PO BOX 54200,   OMAHA, NE 68154-8000
10374342      JC PENNY,   GEMB,   PO BOX 981400,   EL PASO, TX 79998-1400
10374313      KUPISCH BARBARA ANN,   1042 David Dr,   Bensenville, IL 60106-3498
10374314      Law Offices Of Steven H Mevorah,   & Associates,   134 N Bloomingdale Rd,
               Bloomingdale, IL 60108-1017
10374343      MAPLE CROSSING APARTMENTS/WOODLAND GROUP,   MIDWEST CREDIT & COLLCTIN, INC.,   PO BOX 445,
               DECATUR, IL 62525-0445
10374344      MEA ELK GROVE LLC,   PO BOX 87904,   CAROL STREAM, IL 60188-7904
10374345      MEDICAL RECOVERY SYSTEM,   CW ACCOUNT SERVICES,   1113 GARREDD BLVD STE C,
               AUGUSTA, GA 30909-6674
10374346      METRO PARAMEDIC,   AAM, INC,   330 GEORGETOWN SQ STE 104,   WOOD DALE, IL 60191-1890
10374347     +MONOGRAM CREDIT CARD BANK OF GA,   BLATT, HASENMILLER, LEIBSKER & MOORT LLC,
               125 S WACKER DR STE 400,   CHICAGO, IL 60606-4440
10374348      PRIMUS FINANCIAL,   NAFS,   PO BOX 9027,   BUFFALO, NY 14231-9027
10374349     +QUEST DIAGNOSTICS,   AMCA COLLECTION AGENCY,   2269 SAW MILL RIVER RD, BLDG 3,
               ELMSFORD, NY 10523-3848
10374350     +RADIOLOGY IMAGING CONSULT,   9413 EAGLE WAY,   CHICAGO, IL 60678-0001
10670805     +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10374351     +SEARS CARD,   CAPITAL MANAGEMENT SERVICES INC.,   726 EXCHANGE ST STE 700,
               BUFFALO, NY 14210-1464
10374352      SHELL CREDIT CARD, CITIBANK SOUTH DAKOTA,   PLAZA ASSOC.,   JAF STATION, P.O. BOX 2770,
               NEW YORK, NY 10116-2770
10374354      SUPERIOR AIR GROUND AMB SERV,   PO BOX 1407,   ELMHURST, IL 60126-8407
10374353      St. Alexius Medical Center,   ICS,   PO Box 646,   Oak Lawn, IL 60454-0646
10374355      TARGET NATIONAL BANK, F/K/A RETAILERS NB,   NATIONAL ASSET RECOVERY SRVCS INC,   PO BOX 701,
               CHESTERFIELD, MO 63006-0701
```

```
District/off: 0752-1           User: amcc7                 Page 2 of 2                 Date Rcvd: Aug 02, 2007
Case: 05-61242                 Form ID: pdf002             Total Served: 58

10374356       THEODORE B. HANDRUP, MD & ASSOCIATES,    2800 N SHERIDAN RD STE 502,    CHICAGO, IL  60657-6183
10697262      +Target National Bank (f.k.a. Retailers National Ba,    TARGET,   c/o Weinstein & Riley, P.S.,
                2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10374357       U. S. DEPARTMENT OF EDUCATION,    FEDERAL DIRECT STUDENT LOAN COLLECTIONS,    PO BOX 4169,
                GREENVILLE, TX  75403-4169
10374358       UNION PLANTERS BANK,    BANKCARD SERVICES,    PO BOX 15137,    WILMINGTON, DE  19886-5137
10374359      +VON MAUR,   6565 N BRADY ST,    DAVENPORT, IA 52806-2054

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Alan Horewitch
aty            Scott Horewitch Pidgeon & Abrams LLC
                                                                                                  TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 04, 2007**          **Signature:**  _Joseph Speetjens_